**638**

Peabody Coal Company, appellant, v. James Cox Davis, agent, appellee. Gen. No. 32,384.

Opinion filed May 14, 1928.
Rehearing denied May 29, 1928.

Winston, Strawn & Shaw, for appellant; Silas H. Strawn, Harold Beacom and George T. Evans, of counsel. Daniel Taylor and A. A. McLaughlin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

F. D. Carpenter Coal Company, appellee, v. Alfred Hamburger, Inc., appellant. Gen. No. 32,535.

Opinion filed May 14, 1928.

Sissman & Sissman, for appellant. Newby & Murphy, for appellee; John B. King and L. A. Wescott, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Ernest Gewalt et al., appellees, v. Edward D. Roseen et al., appellants. Gen. No. 32,566.

Opinion filed May 14, 1928.

George E. Arthur, for appellants. G. J. Avery and C. C. Bombaugh, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Fred A. Gariepy, defendant in error, v. Marie T. Brammer, plaintiff in error. Gen. No. 32,600.

Opinion filed May 14, 1928. Rehearing denied May 29, 1928.

William R. Peacock, for plaintiff in error. Owen Rall, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.